# Court of Appeals
# of the State of Georgia

ATLANTA, March 12, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1302. MARQUISE ALI ROBBINS v. THOMAS A. COX, JR.

On September 6, 2019, this Court granted Marquise Robbins' application for discretionary appeal from the trial court's order denying his request to proceed in forma pauperis and refusing to file his petition for mandamus relief. See Case No. A20D0044. The order instructed Robbins to file a notice of appeal within ten days of the date of the order. See OCGA § 5-6-35 (g). Robbins filed his notice of appeal on September 17, 2019, which was 11 days after the entry of the order.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *White v. White,* 188 Ga. App. 556, 556 (373 SE2d 824) (1988). Because Robbins failed to file a notice of appeal within ten days of our order granting his discretionary application, the notice of appeal is untimely. Accordingly, this appeal is DISMISSED for lack of jurisdiction. See OCGA § 5-6-48 (b) (1); *Barnes v. Justis,* 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, 03/12/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*